UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Nos. 3:01-00166 and 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| JIMMY RAY PATTERSON | ) | |

## ORDER

Pending before the Court is a Motion requesting termination of supervised release, filed by the Defendant, *pro se,* in the two above-styled cases. The Government has filed a Response in each case indicating that it has no objection to the Defendant's request.

The Motions are GRANTED. Accordingly, the remaining term of Defendant's supervised release is terminated in both of the above-styled cases.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE